ROBERT W. MILLETTE *v.* FREDERICK G. REINCKE, WARDEN, CONNECTICUT STATE PRISON

The motion by the plaintiff to have the judgment against him set aside for failure of the defendant to defend the appeal from the Superior Court in Hartford County with proper diligence is denied.

*Arnold H. Klau,* special public defender, for the appellant (plaintiff).

*Thomas F. Wall,* state's attorney, for the appellee (defendant).

Argued December 3—decided December 3, 1968

DOROTHY REED *v.* BERNARD SHAPIRO, STATE WELFARE COMMISSIONER

The petition by the plaintiff for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Roger E. Koontz,* in support of the petition.

*Richard E. Rapuano,* assistant attorney general, in opposition.

Submitted January 22—decided December 3, 1968

STATE OF CONNECTICUT *v.* THEODORE L. BROWN

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Joseph M. Shortall,* in support of the petition.

Submitted January 22—decided December 3, 1968